1 | DIANE J. HUMETEWA
United States Attorney
2 | District of Arizona

3 | ROBERT K. LU
Assistant United States Attorney
4 | Two Renaissance Square
40 North Central Avenue, Suite 1200
5 | Phoenix, AZ 85004-4408
Telephone: (602) 514-7500
6 | Robert.Lu@usdoj.gov

7 | Attorneys for the United States of America

8

9 | UNITED STATES DISTRICT COURT

10 | DISTRICT OF ARIZONA

11 | United States of America, *ex rel*,. Sadek R.
Ebeid, M.D.,

12 | Plaintiff, | CV-08-0544-PHX-SRB

13 | **NOTICE OF THE UNITED STATES
TO DECLINE INTERVENTION**

14 | v.

Theresa A. Lungwitz, et al., | **[FILED UNDER SEAL]**

15 | Defendants.

16

17 |     Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States

18 | notifies the Court of its decision not to intervene in this action.

19 |     Although the United States declines to intervene, we respectfully refer the Court to 31

20 | U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the

21 | United States; providing, however, that the "action may be dismissed only if the court and the

22 | Attorney General give written consent to the dismissal and their reasons for consenting." *Id.*

23 | The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this

24 | language, the United States has the right to a hearing when it objects to a settlement or

25 | dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir.

26 | 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994).

27 | Accordingly, the United States respectfully requests that, should either the relator or the

28 | defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court

---

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 0 1 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

1   provide the United States with notice and an opportunity to be heard before ruling or granting

2   its approval.

3          Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all

4   pleadings filed in this action be served upon the United States; the United States also requests

5   that orders issued by the Court be sent to the Government's counsel. The United States

6   reserves its right to order any deposition transcripts and to intervene in this action, for good

7   cause, at a later date. The United States also requests that it be served with all notices of

8   appeal.

9          Finally, the Government requests that the relator's First Amended Complaint, this

10  Notice, and the attached proposed Order be unsealed. The United States requests that all

11  other papers on file in this action remain under seal because in discussing the content and

12  extent of the United States' investigation, such papers are provided by law to the Court alone

13  for the sole purpose of evaluating whether the seal and time for making an election to

14  intervene should be extended.

15         A proposed order accompanies this notice.

16         DATED this __|__ day of October, 2008.

17                                         DIANE J. HUMETEWA
                                           United States Attorney
18                                         District of Arizona

19

20                                         ROBERT K. LU
                                           Assistant U.S. Attorney
21

22

23

24

25

26

27

28

                                          2